**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2807**

---

WINFRED F. NICHOLSON,

Plaintiff - Appellant,

versus

MICHELE JOHNSON; DONNA BAYNE; JAMES
LEATHERMAN; KEVIN FELIX,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-1044-WMN)

---

Submitted:  February 7, 1996      Decided:  February 21, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Winfred F. Nicholson, Appellant Pro Se.  Gary R. Allen, Joan Iris
Oppenheimer, Jonathan Samuel Cohen, Edward J. Snyder, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his action against four Internal Revenue Service employees in which he alleged due process violations by their actions in levying on his wages. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nicholson v. Johnson</u>, No. CA-95-1044-WMN (D. Md. Sept. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>